Cora Van De Veer, appellee, v. South Suburban Motor Coach Company, appellant. Gen. No. 36,275.

 Opinion filed February 6, 1933.
Anson H. Brown, Arthur Poorman and A. J. W. Appell, for appellant; A. J. W. Appell, of counsel. Samuel Cohen and Norman Peters, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.